# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| BJ RENTALS, LLC, | CASE NO: 9:22-cv-00199-DLC |
| Plaintiff, | |
| v. | |
| ROBERT JAMES BUCK, a/k/a, ROBERT J. BUCK, a/k/a, ROBERT BUCK; COLLECTION BUREAUSERVICES, INC.; CB1, INC. d/b/a CBM COLLECTIONS; ALLY FINANCIAL, INC. f/k/a GMAC,INC.; MONTANA DEPARTMENT OF REVENUE and INTERNAL REVENUE  SERVICE ; | **CLERK'S ENTRY OF DEFAULT** |
| All of the heirs, devisees, successors or assigns of each of said unknown owners who may be deceased, if any; And all other persons, unknown, claiming or who might claim any right, title, estate, or interest in or lien or encumbrance upon the real property described in the Complaint, or any portion thereof, adverse to Plaintiffs' ownership or any cloud upon Plaintiffs' title thereto, whether such claim or possible claim be present or contingent. | |
| Defendants. | |
| UNITED STATES OF AMERICA | |
| Counter and Crossclaim Plaintiff | |
| v. | |

| | |
|---|---|
| BJ RENTALS, LLC, <br><br>    Counterclaim Defendant <br><br> ROBERT JAMES BUCK, COLLECTION BUREAU SERVICES INC., CB1 INC., ALLY FINANCIALM INC., and MONTANA DEPARTMENT OF REVENUE, <br><br>    Crossclaim Defendants | |

On May 18, 2023, Plaintiff BJ Rentals LLC's counsel filed a Motion for Entry of Default against Defendant Robert James Buck. Defendant Robert James Buck has failed to appear or answer BJ Rentals, LLC's Complaint within the time prescribed by law.

Defendant Robert James Buck was duly served with a copy of the summons and complaint in the state district court action on November 29, 2022. However, Defendant Robert James Buck has failed to appear, plead, or otherwise defend within the time allowed, and therefore is now in default.

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, DEFAULT is hereby entered against Defendant Robert James Buck.

//

DATED this 19th day of May, 2023.



                        TYLER P. GILMAN, Clerk of Court

                        By: /s/ Sarah Nagy
                        Deputy Clerk