]IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BJ RENTALS, LLC, | CV 22–199–M–DLC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT JAMES BUCK a.k.a. ROBERT J. BUCK a.k.a. ROBERT BUCK, COLLECTION BUREAU SERVICES, INC., CB1, INC. d.b.a. CBM COLLECTIONS, ALLY FINANCIAL, INC. f.k.a. GMAC, INC., MONTANA DEPARTMENT OF REVENUE, and UNITED STATES OF AMERICA, | |
| Defendants. | |
| _____ | |
| UNITED STATES OF AMERICA, | |

|  |
|---|
| Counter and Crossclaim Plaintiff, |
| v. |
| BJ RENTALS LLC, |
| Counterclaim Defendant, |
| ROBERT JAMES BUCK, COLLECTION BUREAU SERVICES INC., CB1 INC., ALLY FINANCIAL, INC., and MONTANA DEPARTMENT OF REVENUE, |
| Crossclaim Defendants. |

Before the Court is the stipulation of dismissal of the United States' counterclaim to foreclose tax liens. (Doc. 44.) The stipulation requests that the Court issue an order dismissing its second counterclaim to foreclose federal tax liens against the subject property. (*Id.* at 3.)

Accordingly, IT IS ORDERED that the stipulation is approved in full.

IT IS FURTHER ORDERED that the United States' second counterclaim to foreclose its federal tax liens against the subject property is DISMISSED.

DATED this 2nd day of January, 2024.

                                                                                           */s/ Dana L. Christensen*
                                                                                          Dana L. Christensen, District Judge
                                                                                          United States District Court