IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BJ RENTALS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JAMES BUCK a.k.a. ROBERT J. BUCK a.k.a. ROBERT BUCK,<br><br>COLLECTION BUREAU SERVICES, INC.,<br><br>CB1, INC. d.b.a. CBM COLLECTIONS,<br><br>ALLY FINANCIAL, INC. f.k.a. GMAC, INC.,<br><br>MONTANA DEPARTMENT OF REVENUE, and<br><br>UNITED STATES OF AMERICA,<br><br>Defendants.<br><br>_____<br><br>UNITED STATES OF AMERICA, | CV 22–199–M–DLC<br><br>ORDER |

| |
|---|
| Counter and Crossclaim Plaintiff,<br><br>v.<br><br>BJ RENTALS LLC,<br><br>Counterclaim Defendant,<br><br>ROBERT JAMES BUCK,<br>COLLECTION BUREAU SERVICES INC.,<br>CB1 INC.,<br>ALLY FINANCIAL, INC., and<br>MONTANA DEPARTMENT OF REVENUE,<br><br>Crossclaim Defendants. |

Judgment is hereby entered in accordance with the Court's December 21, 2023 Order (Doc. 46) as follows:

Robert James Buck is liable for the tax assessments made against him for unpaid Form 1040 federal income tax liabilities for 2008, 2009, and 2010, in the amount of $37,537.16, plus statutory interest pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621 and other statutory additions running from October 20, 2023, until paid in full.

DATED this 17th day of January, 2024.

-2-

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court