IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BJ RENTALS, LLC, | CV 22–199–M–DLC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT JAMES BUCK a.k.a. ROBERT J. BUCK a.k.a. ROBERT BUCK, COLLECTION BUREAU SERVICES, INC., CB1, INC. d.b.a. CBM COLLECTIONS, ALLY FINANCIAL, INC. f.k.a. GMAC, INC., MONTANA DEPARTMENT OF REVENUE, and UNITED STATES OF AMERICA, | |
| Defendants. | |
| _____ | |
| UNITED STATES OF AMERICA, | |

-1-

|     |
| --- |
| Counter and Crossclaim Plaintiff, |
| v. |
| BJ RENTALS LLC, |
| Counterclaim Defendant, |
| ROBERT JAMES BUCK, COLLECTION BUREAU SERVICES INC., CB1 INC., ALLY FINANCIAL, INC., and MONTANA DEPARTMENT OF REVENUE, |
| Crossclaim Defendants. |

Before the Court is the Parties' Joint Motion for Dismissal of Case. (Doc. 58.) Because the Court has resolved all the claims in this case, the Parties jointly move for dismissal of the above-captioned matter. (*Id.* at 3.)

Accordingly, IT IS ORDERED that the motion (Doc. 58) is GRANTED. The above-captioned matter is hereby DISMISSED WITH PREJUDICE.

DATED this 23rd day of January, 2024.

_____
Dana L. Christensen, District Judge
United States District Court